UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SENTENCING GUIDELINE ORDER** |
| v. | Case No. 6:20-cr-06044-1 |
| RYAN GRANTHAM, Defendant. | |

| | |
|---|---|
| ASSISTANT U.S. ATTORNEY | Robert Marangola |
| DEFENSE ATTORNEY | Joseph S. Damelio |
| INTERPRETER (YES OR NO) | No |
| DATE OF PLEA | June 5, 2020 |
| SENTENCING DATE | April 12, 2023 @ 1:30 PM |
| INITIAL PSR DUE | March 8, 2023<br>(35 DAYS PRIOR TO SENTENCING) |
| OBJECTIONS (IF ANY), AND MOTIONS (IF ANY) DUE **(IF THERE ARE NO OBJECTIONS, COUNSEL ARE DIRECTED TO FILE A STATEMENT INDICATING THIS)** | March 22, 2023<br>(14 DAYS AFTER RECEIPT OF THE PSR) |
| RESPONSES TO ANY OBJECTIONS OR MOTIONS DUE | March 29, 2023<br>(14 DAYS PRIOR TO SENTENCING) |

| LETTERS AND SENTENCING STATEMENTS DUE | April 3, 2023 |
|---|---|
| | (10 DAYS PRIOR TO SENTENCING) |

| FINAL PSR DUE | April 5, 2023 |
|---|---|
| | (7 DAYS PRIOR TO SENTENCING) |

*The deadlines set forth above are based on the sentencing date originally set by the Court. If the Court grants an adjournment of the sentencing date, the parties are obligated to calculate the new deadlines for submission based on any adjourned sentencing date. In other words, whatever the sentencing date, the general time requirements set forth above apply.*

***SUBMISSIONS NOT IN COMPLIANCE WITH THIS ORDER
WILL NOT BE CONSIDERED.***

NOTE: MOTIONS FOR EXTENSION OF TIME ARE DUE TWO (2) BUSINESS DAYS PRIOR TO ANY DEADLINE, **EXCEPT ANY REQUEST TO ADJOURN THE SENTENCING DATE MUST BE MADE ONE WEEK IN ADVANCE OF THE SENTENCING DATE.**

SO ORDERED.

Dated: January 20, 2023
 Rochester, New York

Elizabeth A. Wolford
Chief Judge, United States District Court